UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOTLEY RICE LLC, and MRRM, P.A. | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CAUSE NO. 2:07-CV-00487 (LED) |
| | § | |
| BALDWIN & BALDWIN, L.L.P. | § | |
| | § | |
| Defendant | § | |

## JOINT MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

By reason of settlement, plaintiffs and defendant jointly move that the Court dismiss this action, under the terms that each party shall bear its own attorneys' fees and costs of court.

WHEREFORE, PREMISES CONSIDERED, the parties jointly move that the above and foregoing motion be granted.

Respectfully submitted this *18th* day of January, 2008.

| | |
|---|---|
| ORGAIN, BELL & TUCKER, LLP<br>470 Orleans, Suite 400<br>P.O. Box 1751<br>Beaumont, Texas 77704-1751<br>409-838-6412—phone<br>409-838-6959—facsimile<br>cac@obt.com--(email Gilbert I. Low)<br>jpc@obt.com--(email-Jack Carroll) | MOORE & VAN ALLEN, PLLC<br>40 Calhoun Street, Suite 300<br>Charleston, SC 29413-2828<br>843-579-7000 Telephone<br>hmorrison@mvalaw.com |
| By: *[signature]*<br>Gilbert I. Low—Attorney-in-charge<br>Texas State Bar No. 12619000<br>Jack P. Carroll<br>Texas State Bar No. 03886000<br>ATTORNEYS FOR DEFENDANT,<br>BALDWIN & BALDWIN, L.L.P. | By: s/ Wm. Howell Morrison<br>Wm. Howell Morrison (#3586) *by permission*<br><br>ATTORNEYS FOR<br>PLAINTIFFS, MOTLEY<br>RICE LLC and MRRM, P.A. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was properly mailed to all counsel of record by:

✓ via ECF;

on this *18th* day of January, 2008.

*[signature]*
Jack P. Carroll